UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   06-495 M |
| v. | ) | |
| JACKSON RONALDO DA CONCEICAO, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

    Count I:    Conspiracy to Commit Document Fraud, in violation of Title 18, U.S.C., Sections 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(3), and 1028(f).

Date of Detention Hearing:   September 26, 2006.

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Doug Whalley for Ye-Ting Woo. The defendant was represented by Kevin Peck.

DETENTION ORDER
PAGE -1-

The defendant stipulates to detention, reserving the right to re-visit the matter of detention should the Bureau of Immigration and Customs Enforcement (BICE) detainer be lifted.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant represents a risk of nonappearance due to the following: He is a citizen and national of Brazil who is reportedly in the United States illegally; his ties to the Western District of Washington are unknown/unverified; and BICE has filed a detainer.

(2) The defendant represents a risk of danger due the nature of the charges and his unknown background.

(3) The defendant does not contest detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

///

DETENTION ORDER
PAGE -2-

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of September, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-